IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-269-MR-DCK

| PATRICIA RICE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| RUTLEDGE ROAD ASSOCIATES, LLC, and GULFSTREAM CAPITAL CORPORATION, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 44) filed by D. Rodney Kight, Jr., concerning Stephen Joseph Capron on May 26, 2016. Mr. Stephen Joseph Capron seeks to appear as counsel *pro hac vice* for Plaintiff Patricia Rice. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 44) is **GRANTED.** Mr. Stephen Joseph Capron is hereby admitted *pro hac vice* to represent Plaintiff Patricia Rice.

**SO ORDERED**.

Signed: May 31, 2016

David C. Keesler
United States Magistrate Judge